IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEWIS PATTERSON III,<br><br>    Defendant. | 5:24-cr-50157-CCT<br><br>DEFENDANT'S UNOPPOSED EIGHTH MOTION TO CONTINUE TRIAL DATE, SUPPRESSION MOTION DEADLINE AND RELATED PRETRIAL DEADLINES |

Comes now, Lewis Patterson III, Defendant above-named, by and through his attorney, Assistant Federal Public Defender, Alecia E. Fuller, and moves this Honorable Court for its Order continuing the dates, including the suppression motion deadline, scheduled in the Court's Order (Docket 46) dated February 12, 2026, on the following grounds:

Additional time is necessary due to the nature of the case and the electronic data, additional discovery is anticipated to be received.   It addition, counsel requires additional time for the parties to work toward an agreement. Therefore, Defendant respectfully requests a sixty (60) day continuance in this matter.

The undersigned further represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant for the reasons set forth above, taking into account the exercise of due diligence.

Defense counsel has advised the Defendant of this motion, its purpose, and his constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161, *et*

*seq.* Defendant's consent to the continuance will be filed contemporaneously to this motion.

AUSA Elizabeth Ebert-Webb has no objection to this motion.

Dated this 14th day of April 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/Alecia E. Fuller*
Alecia E. Fuller
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110; Facsimile: 605-343-1498
filinguser_SDND@fd.org

2